IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 SEP 18 PM 3: 40

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN O'NEAL,<br><br>Defendant. | 4:19CR 3100<br><br>INDICTMENT<br>18 U.S.C. § 2261A(2)(B)<br>18 U.S.C. § 1512(d)(4) |

The Grand Jury charges that

## COUNT I

On or about April 12, 2016, in the District of Nebraska, and elsewhere, the Defendant, SEAN O'NEAL, with the intent to harass and intimidate, and place under surveillance with the intent to harass, and intimidate another person, to wit, the person hereinafter identified as "Victim 1", used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate or foreign commerce, including electronic mail and internet websites, to engage in a course of conduct that caused, attempted to cause and would be reasonably expected to cause substantial emotional distress to Victim 1.

In violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT II

On or about April 12, 2016, in the District of Nebraska and elsewhere, the defendant, SEAN O'NEAL, did intentionally harass another person, to wit, the person hereinafter identified as "Victim 1",, and did thereby attempt to hinder, delay, prevent, and dissuade Victim 1 from causing and assisting a criminal prosecution in the District of Nebraska to be sought and instituted.

In violation of Title 18, United States Code, Section 1512(d)(4).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

STEVEN A. RUSSELL #16925
Assistant U.S. Attorney