IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19-CR-3100 |
| vs. | ORDER |
| SEAN O'NEAL, | |
| Defendant. | |

On the government's oral motion to dismiss, *see* case no. 4:18-cr-3022 filing 86, IT IS ORDERED:

1. The government's motion to dismiss is granted.

2. Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment and superseding indictment.

3. The indictment and superseding indictment are dismissed without prejudice.

4. This case is closed.

Dated this 23rd day of January, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge